# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAMS et al,<br><br>                    Plaintiffs,<br><br>v.<br><br>LEGACY HEALTH et al,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:22-cv-6004-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Defendants' motions for summary judgment are granted. This case is closed.

Dated this 29th day of August, 2024.

Ravi Subramanian
Clerk

s/Mike Williams
Deputy Clerk
