Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAROLD C. WILLIAMS, JR., <br>           Plaintiff, <br> v. <br> LEGACY HEALTH, a Public Benefit Corporation, and DOES 1 through 10, Inclusive, <br>           Defendants. | Case No. 3:22-cv-06004 TMC <br><br> NOTICE OF APPEAL |
| TOBY HIGA, an Individual, <br>           Plaintiff, <br> v. <br> LEGACY HEALTH, an Oregon Public Benefit Corporation; NORTHWEST ACUTE CARE SPECIALISTS, an Oregon Professional Corporation; and DOES 1 through 50, Inclusive, <br>           Defendants. | |
| DANIELA MARIANU, <br> ANGELA LOGHRY, <br> And IVAN ATANASSOV, <br><br>           Plaintiffs, <br> v. <br> LEGACY HEALTH, an Oregon Public Benefit Corporation; and JOHN and JANE DOES 1 through 50, Inclusive, <br>          Defendants. | |
| RISA BRODY, AIMEE SWEET, DAMARIS BRICI and BRIANNA HALL, <br>           Plaintiffs, <br> v. | |

HAROLD H. FRANKLIN, JR. WSBA #20486
459 Seneca Avenue NW
Renton, WA  98057-1063
(206) 617-7031

| | |
|---|---|
| 1 | LEGACY HEALTH, a Public Benefit Corporation; and JOHN and JANE DOES 1 through 50, Inclusive, |
| 2 | |
| 3 | Defendants. |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Plaintiffs, hereby appeals to the United States Court of Appeals from the opinion and order on the Defendant Legacy Health and Northwest Acute Care Specialist entered in the United States Court District Court Western District of Washington at Seattle entered on August 29, 2024, (Dkt. No. 49) signed by The Honorable Tiffany M. Cartwritght and the Judgement by the Court dated August 29, 2024 (Dkt. No. 50). The names and addresses of their respective counsel are as follows:

Adam S. Belzberg
Aaron Doyer
Stoel Rives LLP
600 University Street STE 3600
Seattle, WA 98101-3197
(206)386-7660
adam.belzberg@stoel.com,
aaron.doyer@stoel.com,

Benjamin J Stone
Kylene Slocum
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue STE 2700
Seattle, WA 98101
(206)436-2020
benjamin.stone@lewisbrisbois.com
kylene.slocum@lewisbrisbois.com,

HAROLD H. FRANKLIN, JR. WSBA #20486
459 Seneca Avenue NW
Renton, WA 98057-1063
(206) 617-7031

Pacific Justice Institute

/s/ *Harold H. Franklin, Jr.,*
Harold H. Franklin, Jr., WSBA #20486
459 Seneca Avenue NW
Renton, WA  98057-1063
(206) 617-7031

HAROLD H. FRANKLIN, JR. WSBA #20486
459 Seneca Avenue NW
Renton, WA  98057-1063
(206) 617-7031