UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAROLD C. WILLIAMS, JR.,<br><br>            Plaintiff(s)<br>   v.<br><br>LEGACY HEALTH, a Public Benefit Corporation, and DOES 1 THROUGH 10, Inclusive<br>            Defendant(s)<br><br>TOBY HIGA, an individual<br><br>            Plaintiff(s)<br>   v.<br><br>LEGACY HEALTH, an Oregon Public Benefit Corporation; NORTHWEST ACUTE CARE SPECIALISTS, an Oregon Professional Corporation; and DOES 1 through 50, inclusive<br>            Defendant(s)<br><br>DANIELA MARIANU, ANGELA LOGHRY, and IVAN ATANASSOV,<br><br>            Plaintiff(s)<br>   v.<br><br>LEGACY HEALTH, an Oregon Public Benefit Corporation; NORTHWEST ACUTE CARE SPECIALISTS, an Oregon Professional Corporation; and JOHN AND JANE DOES 1 | Case No. 3:22-cv-06004 TMC<br><br>TAXATION OF COSTS |

TAXATION OF COSTS -1

```
                    through 50, inclusive

                                Defendant(s)

     RISA BRODY, AIMEE SWEET, DAMARIS
     BRICI and BRIANNA HALL,

                                Plaintiff(s)
                         v.

     LEGACY HEALTH, A Public Benefit
     Corporation; and JOHN and JANE DOES 1
     through 50, inclusive

                                Defendant(s)
```

Costs in the above-entitled cause are hereby taxed against Plaintiff(s) HAROLD C. WILLIAMS, JR., etal and on behalf of Defendant(s) LEGACY HEALTH etal, in the uncontested amount of $**4,255.87**.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| **Fees for Printed or Recorded Transcripts necessarily Obtained for use in the Case** | $4,255.87 | $0.00 | $4,255.87 |

Entered this   22nd   day of October, 2024

Ravi Subramanian, Clerk
U. S. District Court

By: S/ *Patrick Sherwood*
Patrick Sherwood,
Deputy in Charge

TAXATION OF COSTS -2